**Appeal Reinstated, Motions Granted, Portion of Record Stricken, and Order filed March 21, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00974-CV
_____

### COOPER INDUSTRIES, LLC, ET AL, Appellants

### V.

### PEPSI-COLA METROPOLITAN BOTTLING CO., INC., ET AL, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-77606**

## ORDER

We abated this appeal on March 5, 2019, because the reporter's record had not been filed. We directed the trial court to conduct a hearing to determine the reason for the court reporter's failure to file the record. We stated that if the court reporter filed the reporter's record before the date set for the hearing, the trial court need not conduct the hearing and the appeal would be reinstated. The reporter's record has now been filed. Therefore, we **REINSTATE** the appeal.

The remainder of this order addresses three motions:

1. Motion to Correct Inaccuracy in Reporter's Record by Agreement, filed March 13, 2019;

2. Unopposed Motion for Leave to Submit Hard Drive, filed March 13, 2019; and

3. Joint Emergency Motion to Strike the Third Supplemental Clerk's Record to Remove Confidential Document, filed March 18, 2019.

The first two motions concern a hard drive containing voluminous portions of the record. The hard drive should have been attached as an exhibit to the reporter's record, but the court reporter mistakenly attached a photograph of the hard drive as an exhibit instead. The parties ask in the first motion that they be allowed to correct the inaccuracy in the record by agreement under Texas Rule of Appellate Procedure 34.6(e)(1) by submitting the hard drive. Their second motion asks that this court accept the hard drive itself instead of requiring the parties to upload voluminous material through the court's e-filing portal.

The third motion alleges a document subject to a permanent sealing order should have been filed under seal and made available only to the parties, but it was inadvertently included in the public portion of the clerk's record. The motion states arrangements are being made for the district clerk to refile the confidential document under seal.

We **GRANT** each motion. The clerk of this court is directed to **STRIKE** the 3rd Supplemental Clerk's Record.

PER CURIAM